

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2021

No. 04-21-00363-CV

**IN THE MATTER OF THE ESTATE OF BEN ARZA, III, DECEASED**

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-PC-0203
Honorable Bill Squires, Judge Presiding

## O R D E R

The clerk's record is presently due on November 29, 2021. On September 27, 2021, the trial court clerk filed a notification of late clerk's record, stating appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee for preparing the record.

We, therefore, ORDER appellant to provide written proof to this court **no later than October 11, 2021** that either (1) the clerk's fee for preparing the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal for want of prosecution if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court